167 A.3d 1288

IN THE MATTER OF CATHLEEN J. CHRISTIE, AN ATTORNEY AT LAW (ATTORNEY NO. 041021998)

September 12, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–171, concluding that the formal ethics complaint filed against **CATHLEEN J. CHRISTIE** of **ALLEN-TOWN**, who was admitted to the bar of this State in 1998, should be dismissed for lack of clear and convincing evidence of unethical conduct, and good cause appearing;

It is ORDERED that the formal complaint against **CATHLEEN J. CHRISTIE** in District Docket No. XIV–2014–0240E, is hereby dismissed.